## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Deidre C Mackin<br><br>Debtor(s) | Case No.:21−30607−crm<br><br>Chapter: 7<br>Judge: Charles R. Merrill |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue hearing set for July 1, 2021 on Motion for Debtor to Turnover $56,941.08 Filed by Trustee Robert W. Keats 17 , so ORDERED by /s/ Judge Merrill. Hearing scheduled for 9/9/2021 at 01:30 PM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. (Gudgel, A)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 7/1/21

By: amg
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court