UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
       ) CASE NO. 21-30607-crm
DEIDRE C. MACKIN ) Chapter 7
    Debtor )
_____)

## ORDER AUTHORIZING SALE OF REAL ESTATE
## FREE AND CLEAR (11 U.S.C. § 363)

This matter coming before the Court on the motion of the Trustee, and the Court having considered the matter and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the real estate described in Schedule "A" of the Debtor's bankruptcy petition as 1115 Old Hickory Court in LaGrange, Oldham County, Kentucky (hereinafter sometimes referred to as the "property" or "Real Estate") be sold free and clear subject only to valid tax and lien holders; and

**IT IS FURTHER ORDERED** that the payment of ordinary expenses of closing the sale of the real estate including closing costs, commissions to realtors, preparation of the deed, title report, taxes, valid liens of mortgage holders, recording fees be made from the proceeds of the sale as an administrative expense of the debtor estate at the closing of sale without further order of this court; and

**IT IS FINALLY ORDERED** that the remaining balance of the proceeds from the sale of the property of the Debtor Estate shall be held in the Trustee's account subject to further order of this Court.

Tendered by:
*/s/ Robert W. Keats*
Robert W. Keats, Trustee
P.O. Box 221377
Louisville, Kentucky 40252-1377
(502) 587-8787